■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SYKES, Appellant. [735 NYS2d 814] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Braun, J.), rendered January 28, 1999, convicting him of criminal possession of a controlled substance in the third degree, criminal sale of a controlled substance in the third degree, and criminal possession of a controlled substance in the seventh degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The prosecutor's summation did not deprive the defendant of a fair trial (*see, People v Galloway,* 54 NY2d 396; *People v Roopchand,* 107 AD2d 35, *affd* 65 NY2d 837). Altman, J. P., S. Miller, Adams and Prudenti, JJ., concur.